UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WITKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HERTZ VEHICLES LLC; and DOES 1 through 5, inclusive,<br><br>　　　　Defendants. | No. 2:18-cv-3233-KJM-EFB PS<br><br><br>ORDER AND ORDER TO SHOW CAUSE |

　　　　Defendant Hertz Vehicles LLC filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), 12(b)(6) and 12(b)(7). ECF No. 3. The motion was previously noticed for hearing on February 6, 2019. In violation of Local Rule 230(c), plaintiff failed to timely file an opposition or statement of non-opposition to defendant's motion. Accordingly, the hearing was continued to April 10, 2019, and plaintiff was ordered to file a response to the motion and to show cause why sanctions should not be imposed for his failure to file either an opposition or statement of non-opposition. ECF No. 9.

　　　　In response to that order, plaintiff explained that was unaware he was required to file a formal opposition fourteen days prior to the hearing. ECF No. 11 at 2. Plaintiff also filed an opposition, which specifically acknowledged that the hearing on defendant's motion had been continued to April 10, 2019. However, despite that acknowledgment plaintiff failed to appear at the April 10 hearing.

1

Local Rule 230(i) provides that "[a]bsent notice of intent to submit the matter on the briefs, failure to appear [at the hearing] . . . may result in the imposition of sanctions." Failure to comply with the court's Local Rules or court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110. Local Rule 183, governing persons appearing in pro se, provides that failure to comply with the Federal Rules of Civil Procedure and Local Rules may be grounds for dismissal, judgment by default, or other appropriate sanctions. *See also King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

In light of plaintiff's failure to appear, it is hereby ORDERED that:

1. Defendant's motion to dismiss plaintiff's complaint (ECF No. 3) is submitted on the briefs and without oral argument. *See* E.D. Cal. L.R. 230(g).

2. Plaintiff shall show cause, in writing, by no later than April 24, 2019, why monetary sanctions should not be imposed for his failure to appear at the April 10, 2019 hearing.

3. Plaintiff is admonished that failure to comply with this order will result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

DATED: April 10, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE